**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs*

Jared R. Kessler *(Pro Hac Vice Pending)*
jrkessler@winston.com
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: (305) 910-0500

Ronald Y. Rothstein *(Pro Hac Vice Pending)*
rrothste@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

Jacqueline Ju (SBN: 352204)
jju@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 591-1000

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ELIZABETH OLDAKOWSKI and JOHN MELACKRINOS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CENTRAL GARDEN & PET COMPANY,

Defendant.

Case No. 4:24-cv-05559-YGR

**STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING RULE 12 MOTION**

**[PROPOSED] ORDER**

Defendant's deadline to answer, move, or otherwise respond to the Complaint is due October 15, 2024. *See* ECF No. 12. Defendant intends to file a responsive motion under Rule 12. The parties agree that a brief extension of the deadlines to file the opposition and reply briefs is warranted to accommodate counsels' respective schedules. Therefore, subject to approval by the Court, the parties agree to modify the briefing schedule on Defendant's forthcoming Rule 12 motion as follows:

| **Event** | **Stipulated Deadlines** |
|---|---|
| Opposition Brief | November 12, 2024 |
| Reply Brief | December 3, 2024 |

There have been no previous time modifications in the case, other than the stipulated extension of Defendant's deadline to respond. Apart from the Initial Case Management Conference and related deadlines, no schedule has been set in this case yet, and therefore granting this stipulation will not impact the schedule for the case.

Dated: October 2, 2024

SMITH KRIVOSHEY, PC

By: */s/ Joel D. Smith*
Joel D. Smith (SBN 244902)

*Attorneys for Plaintiffs*

October 2, 2024

WINSTON & STRAWN LLP

By: */s/ Veronica Sofia Stoever*
Veronica Sofia Stoever

*Attorneys for Defendant*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 2, 2024

By: */s/ Joel Smith*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: ____________________

________________________________
Hon. Yvonne Gonzalez Rogers
U.S. District Judge