| | |
|---|---|
| **SMITH KRIVOSHEY, PC**<br>Yeremey O. Krivoshey (State Bar No. 295032)<br>166 Geary Street, Ste. 1500-1507<br>San Francisco, CA 94108<br>Phone: 415-839-7000<br>E-Mail: yeremey@skclassactions.com<br><br>**SMITH KRIVOSHEY, PC**<br>Joel D. Smith (State Bar No. 244902)<br>867 Boylston Street, 5th Floor, Ste. 1520<br>Boston, MA 02116<br>Phone: 617-377-7404<br>E-Mail: joel@skclassactions.com<br><br>*Attorneys for Plaintiffs* | **WINSTON & STRAWN LLP**<br>Jared R. Kessler *(Pro Hac Vice)*<br>jrkessler@winston.com<br><br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 2400<br>Miami, Florida 33131<br>Telephone: (305) 910-0500<br><br>**WINSTON & STRAWN LLP**<br>Ronald Y. Rothstein *(Pro Hac Vice)*<br>rrothste@winston.com<br><br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br><br>**WINSTON & STRAWN LLP**<br>Veronica S. Stoever (SBN: 348175)<br>VSStoever@winston.com<br>101 California Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OLDAKOWSKI and JOHN MELACKRINOS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br> v.<br><br>CENTRAL GARDEN & PET COMPANY,<br><br>          Defendant. | Case No. 4:24-cv-05559-YGR<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>**[PROPOSED] ORDER** |

| | |
|---|---|
| 1 | WHEREAS, the Court set a Case Management Conference for November 24, 2024 (ECF |
| 2 | No. 11). |
| 3 | WHEREAS, Defendant filed a Motion to Dismiss and Strike, which has been set for hearing |
| 4 | on December 10, 2024 (ECF No. 20); |
| 5 | WHEREAS, Plaintiffs' counsel has a scheduling conflict on December 10, 2024; |
| 6 | WHEREAS, the Parties wish to conserve Party and judicial resources and proceed as |
| 7 | efficiently as possible, |
| 8 | NOW THEREFORE, the Parties stipulate, subject to the Court's approval and availability, |
| 9 | to continue the November 24, 2024 Case Management Conference and the hearing on Defendant's |
| 10 | Motion to Dismiss to December 17, 2024, with the Case Management Conference to occur |
| 11 | immediately after the hearing on Defendant's motion to dismiss; |
| 12 | Other than a previous extension of time for Defendant to respond to the Complaint, there |
| 13 | have been no prior requested time modifications in this case. Further, because no schedule has been |
| 14 | set in this case, the continuance of the hearing dates to December 17, 2024 will not impact the |
| 15 | schedule in this case. |

Dated: November 4, 2024          SMITH KRIVOSHEY, PC

By:   /s/ Joel D. Smith
      Joel D. Smith  (SBN 244902)

*Attorneys for Plaintiffs*

November 4, 2024                 WINSTON & STRAWN LLP

By:   /s/ Veronica S. Stoever
      Veronica S. Stoever

*Attorneys for Defendant*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 4, 2024                  By:     /s/ Joel Smith

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

                                                        Hon. Yvonne Gonzalez Rogers
                                                        U.S. District Judge