**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABETH OLDAKOWSKI AND JOHN MELACKRINOS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED**, <br><br> Plaintiffs, <br><br> v. <br><br> **CENTRAL GARDEN & PET COMPANY,** <br><br> Defendant. | **Case No.: 4:24-CV-05559-YGR** <br><br> **ORDER VACATING HEARING** <br><br> DKT. NO. 20 |

The hearing set for December 17, 2024 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED**.

Date: December 4, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**