**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OLDAKOWSKI and JOHN MELACKRINOS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br><br>CENTRAL GARDEN & PET COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No. 4:24-cv-05559-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:　　Hon. Yvonne Gonzalez Rogers |

NOTICE OF VOLUNTARY DISMISSAL; CASE NO. 4:24-CV-05559-YGR

Plaintiffs Elizabeth Oldakowski and John Melackrinos, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all Plaintiffs' claims against Defendant without prejudice.

Dated:  January 28, 2025

Respectfully submitted,

 /s/   Joel D. Smith

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PLLC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

*Attorneys for Plaintiffs*